**Ellery STEMMONS, Respondent,**

v.

**Linnie STEMMONS, Appellant.**

**No. WD 33760.**

Missouri Court of Appeals, Western District.

March 8, 1983.

James L. McMullin of McMullin, Wilson & Schwarz, Kansas City, for appellant.

George A. Spencer, Columbia, for respondent.

Before PRITCHARD, P.J., and MANFORD, and NUGENT, JJ.

PER CURIAM.

ORDER

Direct appeal from a decree of dissolution.

Judgment affirmed. Rule 84.16(b).